UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) | CIVIL ACTION NO.   18-cv-01229 |
| VERSUS | ) ) | JUDGE JUNEAU |
| WORLD TREE FINANCIAL, LLC, WESLEY KYLE PERKINS AND PRISCILLA GILMORE PERKINS | ) ) ) | MAGISTRATE JUDGE WHITEHURST |

### PLAINTIFF'S UNOPPOSED MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW COMES** Plaintiff, United States Securities and Exchange Commission, by and through Alexander C. Van Hook, Acting United States Attorney for the Western District of Louisiana, and Karen J. King, Assistant United States Attorney, and respectfully moves this Court for an Order allowing Jason Patrick Reinsch, Michael Sew Hoy, and Joshua A. Mayes, all attorneys employed by the United States Securities and Exchange Commission, to enroll as additional counsel for Plaintiff in the above proceeding.

Jason Patrick Reinsch can be noticed with pleadings and orders at 801 Cherry Street, Suite 1900, Fort Worth, Texas 76102, Telephone: (817) 900-2601, Email: reinschj@sec.gov.

Michael Sew Hoy can be noticed with pleadings and orders at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, Telephone: (323) 965-3949, Email: sewhoym@sec.gov.

Joshua A. Mayes can be noticed with pleadings and orders at 950 East Paces Ferry Road NE, Suite 900, Atlanta, Georgia 30345, Telephone: (404) 842-5747, Email: mayesj@sec.gov. Joshua A. Mayes is to be designated as the lead trial attorney (T.A.)

Karen J. King will remain as local counsel for Plaintiff, Lynn Dean will remain as counsel for Plaintiff, and the enrollment of Jason Patrick Reinsch, Michael Sew Hoy, and Joshua A. Mayes, as additional counsel, will not delay the proceedings in this case.

Counsel for Defendants has no objection to the filing of this motion.

WHEREFORE, Plaintiff prays that this Court allow Jason Patrick Reinsch, Michael Sew Hoy, and Joshua A. Mayes, all attorneys employed by the United States Securities and Exchange Commission, to be enrolled as additional counsel of record for Plaintiff. Plaintiff also prays that Joshua A. Mayes be designated as the lead trial attorney.

    Respectfully Submitted,

    ALEXANDER C. VAN HOOK
    Acting United States Attorney

BY:   *s/ Karen J. King*
    KAREN J. KING   (#23508)
    Assistant United States Attorney
    800 Lafayette Street, Suite 2200
    Lafayette, Louisiana   70501
    Telephone:   (337) 262-6618
    Facsimile:   (337) 262-6693
    Email:   karen.king@usdoj.gov