UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SECURITIES & EXCHANGE COMMISSION**          **CASE NO.  6:18-CV-01229**

**VERSUS**                                    **JUDGE JUNEAU**

**WORLD TREE FINANCIAL L L C ET AL**          **MAGISTRATE JUDGE WHITEHURST**

MINUTES OF COURT:
Bench Trial - Day 4

| Date: | November 5, 2020 | Presiding: Judge Michael J. Juneau | |
|---|---|---|---|
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Chris Guidry |
| Court Adjourned: | 4:00 p.m. | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 5 Hrs./5 Min. | Courtroom: | CR1 |

**APPEARANCES**

| Joshua A Mayes, Jason Reinsch and Karen King | For | Securities & Exchange Commission, Plaintiff |
|---|---|---|
| Steven G Durio and Lauren Noel Maurer | For | World Tree Financial L L C, Wesley Kyle Perkins and Priscilla Gilmore Perkins, Defendants |

**PROCEEDINGS**:

Testimony & evidence for the defendant, concluded
No Rebuttal testimony or evidence offered
Evidence Closed
Case argued

**RULINGS/COMMENTS:** Oral testimony adduced and documentary evidence filed.

Charles Theriot accepted as an expert witness in the field of financial forensics.

Oral Motion for Judgment by the defendant is DENIED.  Case taken under advisement.  Post trial briefs, not to exceed 10 pages in length, are to be filed by December 13, 2020.  A written ruling will be issued.

Counsel shall refer to the official transcript of this hearing for a complete record.

**FILINGS:**
Exhibit List
Witness List