UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION       CASE NO. 6:18-CV-01229

VERSUS                                 JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL       MAGISTRATE JUDGE WHITEHURST

EXHIBIT LIST
Bench Trial 11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 5 | Operating Agreement of World Tree Financial, LLC. SEC-World Tree-E-0021104 through 21131 | 11/2/20 | 11/2/20 | 11/2/20 |
| 6 | Articles of Organization and Initial Report of World Tree Financial, LLC. SEC-World Tree-E-0029835 through 29842 | 11/2/20 | 11/2/20 | 11/2/20 |
| 7 | List of the members and employees of World Tree Financial, LLC | 11/2/20 | 11/2/20 | 11/2/20 |
| 8 | Articles of Organization and Initial Report of Perkins and Gilmore Investments, LLC. P&G-000139 through 156 | 11/2/20 | 11/2/20 | 11/2/20 |
| 9 | Articles of Incorporation for Perkins Wealth Management, Inc. PWM-324 through 346 | 11/2/20 | 11/2/20 | 11/2/20 |
| 10 | Daily Allocation Procedure | 11/2/20 | 11/2/20 | 11/2/20 |
| 11 | Compliance Manual December 4, 2009 WTF-658 through 715 and WTF-786 through 855 | 11/2/20 | 11/2/20 | 11/2/20 |
| 12 | Letter from Hamburger Law Firm Re: Compliance Manual | 11/2/20 | 11/2/20 | 11/2/20 |
| 13 | World Tree Financial, LLC's Compliance Manual dated June 17, 2010 | 11/2/20 | 11/2/20 | 11/2/20 |
| 14 | World Tree Financial, LLC's Compliance Manual dated May 29, 2012 | 11/2/20 | 11/2/20 | 11/2/20 |
| 15 | World Tree Financial, LLC's Form ADV dated October 25, 2019 | 11/2/20 | 11/2/20 | 11/2/20 |
| 16 | Annual Amendment of Form ADV December 2010 SEC-World Tree-E-00217179 through 21747 | 11/2/20 | 11/2/20 | 11/2/20 |
| 17 | Form ADV, June 15, 2012 SEC-World Tree-E-0021179 through 21780 | 11/2/20 | 11/2/20 | 11/2/20 |
| 18 | Form ADV, August 7, 2015, SEC-World Tree-E-0020977 through 20993 | 11/2/20 | 11/2/20 | 11/2/20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION    CASE NO. 6:18-CV-01229

VERSUS                              JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL    MAGISTRATE JUDGE WHITEHURST

CONTINUATION OF EXHIBIT LIST
Bench Trial  11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 19 | World Tree Financial, LLC's Form ADV part 2A dated March 15, 2011 | 11/2/20 | 11/2/20 | 11/2/20 |
| 20 | World Tree Financial, LLC's Form ADV part 2A dated February 27, 2012 | 11/2/20 | 11/2/20 | 11/2/20 |
| 21 | World Tree Financial, LLC's Form ADV part 2A dated June 5, 2012 | 11/2/20 | 11/2/20 | 11/2/20 |
| 22 | World Tree Financial, LLC's Form ADV part 2A dated March 25, 2013 | 11/2/20 | 11/2/20 | 11/2/20 |
| 23 | World Tree Financial, LLC's Form ADV part 2A dated March 18, 2014 | 11/2/20 | 11/2/20 | 11/2/20 |
| 24 | World Tree Financial, LLC's Form ADV part 2A dated February 9, 2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 25 | Disclosure Brochure, September 29, 2015 SEC-World Tree-E-0021026 through 21043 | 11/2/20 | 11/2/20 | 11/2/20 |
| 26 | Preallocation Spreadsheet | 11/2/20 | 11/2/20 | 11/2/20 |
| 27 | Accounts List | 11/2/20 | 11/2/20 | 11/2/20 |
| 28 | World Tree Proprietary Accounts | 11/2/20 | 11/2/20 | 11/2/20 |
| 29 | LITB excerpt from Schwab trade blotter/LITB press release/NYSE Gainers & Losers | 11/2/20 | 11/2/20 | 11/2/20 |
| 30 | 2013 3rd Quarter Model Breakdown | 11/2/20 | 11/2/20 | 11/2/20 |
| 31 | FINRA Rule 4515 | 11/2/20 | 11/2/20 | 11/2/20 |
| 32 | Ceres excerpt from Schwab trade blotter/Ceres press release/Nasdaq Gainers & Losers | 11/2/20 | 11/2/20 | 11/2/20 |
| 33 | BLOX excerpt from Schwab trade blotter/BLOX press release/NYSE Gainers & Losers | 11/2/20 | 11/2/20 | 11/2/20 |
| 34 | 2013 4th Quarter Model Breakdown | 11/2/20 | 11/2/20 | 11/2/20 |
| 35 | TWTR excerpt from Schwab trade blotter/TWTR article/NYSE Gainers & Losers | 11/2/20 | 11/2/20 | 11/2/20 |
| 36 | 2013 1st Quarter Model Breakdown | 11/2/20 | 11/2/20 | 11/2/20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION     CASE NO. 6:18-CV-01229

VERSUS     JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL     MAGISTRATE JUDGE WHITEHURST

CONTINUATION OF EXHIBIT LIST
Bench Trial  11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 37 | Twitter purchase | 11/2/20 | 11/2/20 | 11/2/20 |
| 38 | Netflix purchase | 11/2/20 | 11/2/20 | 11/2/20 |
| 39 | 2014 4th Quarter Model Breakdown | 11/2/20 | 11/2/20 | 11/2/20 |
| 40 | NFLX excerpt from Schwab trade blotter/NFLX press release/NASD Most Active Issues | 11/2/20 | 11/2/20 | 11/2/20 |
| 41 | Charles Schwab Account Application | 11/2/20 | 11/2/20 | 11/2/20 |
| 42 | Delcambre Cellular Account Document | 11/2/20 | 11/2/20 | 11/2/20 |
| 43 | Schwab Account Statements for Delcambre Cellular from 2010 through July 2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 44 | January 6, 2015 email string between Wesley Perkins and Matthew LeBlanc | 11/2/20 | 11/2/20 | 11/2/20 |
| 45 | Schwab Account Statements for Matthew and Melanie LeBlanc December 1, 2010-December 31, 2014 | 11/2/20 | 11/2/20 | 11/2/20 |
| 48 | State of Louisiana, Articles of Incorporation Gilmore Wealth Management, Inc. | 11/2/20 | 11/2/20 | 11/2/20 |
| 56 | Email from Priscilla Gilmore, dated July 24, 2015, with attachment | 11/2/20 | 11/2/20 | 11/2/20 |
| 60 | World Tree Financial, LLC's Form ADV part 2A dated August 7, 2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 61 | Disclosure brochure dated February 29, 2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 62 | World Tree Financial, LLC's Compliance Manual dated May 29, 2012 | 11/2/20 | 11/2/20 | 11/2/20 |
| 63 | World Tree Financial, LLC's Compliance Committee Meeting Minutes | 11/2/20 | 11/2/20 | 11/2/20 |
| 66 | Letter dated September 6, 2017, from Hamburger Law Firm | 11/2/20 | 11/2/20 | 11/2/20 |
| 68 | Document showing buy orders from 8/13/2012 to 7/31/2016 | 11/2/20 | 11/2/20 | 11/2/20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION    CASE NO. 6:18-CV-01229

VERSUS                              JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL    MAGISTRATE JUDGE WHITEHURST

CONTINUATION OF EXHIBIT LIST
Bench Trial 11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 71 | Spreadsheets Bates-Stamped Perkins 403-421 | 11/2/20 | 11/2/20 | 11/2/20 |
| 72 | Schwab Trades Data (SEC-CS-E-0000973 Trades_3.2011-9.2015.xlsx) | 11/2/20 | 11/2/20 | 11/2/20 |
| 80 | Newly Produced Schwab Account Statements (SCH000001-SCH078630) | 11/2/20 | 11/2/20 | 11/2/20 |
| 81 | Schwab Account Statements for Matthew and Melanie LeBlanc January 1, 2015-August 2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 82 | Schwab Order Sequence Data (SEC-SCHWAB-E-0000001 W165563_Order Sequence_WorldTree_Part1.xlsx) | 11/2/20 | 11/2/20 | 11/2/20 |
| 83 | Schwab Order Sequence Data (SEC-SCHWAB-E-0000264 W165563_Order Sequence_WorldTree_Part2.xlsx) | 11/2/20 | 11/2/20 | 11/2/20 |
| 83A | Exhibit P83 Condensed | 11/2/20 | 11/2/20 | 11/2/20 |
| 84 | Schwab Trading Blotter (SCHWAB-AML00098054_FOIA CONFIDENTIAL TREATMENT REQUESTED.xlsx) | 11/2/20 | 11/2/20 | 11/2/20 |
| 85 | Client List with Edelivery.xlsx (SEC-CS-E-0000971) | 11/2/20 | 11/2/20 | 11/2/20 |
| 86 | Charles Schwab Pricing Guide January 2012 (SEC-CS-E-0000972) | 11/2/20 | 11/2/20 | 11/2/20 |
| 87 | Schwab Termination Letter 9/15/2015 | 11/2/20 | 11/2/20 | 11/2/20 |
| 89 | Niden CV | 11/2/20 | 11/2/20 | 11/2/20 |
| 90 | Niden Report Exhibit 1a | 11/2/20 | 11/2/20 | 11/2/20 |
| 91 | Niden Report Exhibit 1b | 11/2/20 | 11/2/20 | 11/2/20 |
| 92 | Niden Report Exhibit 2 | 11/2/20 | 11/2/20 | 11/2/20 |
| 93 | Niden Report Exhibit 3 | 11/2/20 | 11/2/20 | 11/2/20 |
| 94 | Niden Report Exhibit 4a | 11/2/20 | 11/2/20 | 11/2/20 |
| 95 | Niden Report Exhibit 4b | 11/2/20 | 11/2/20 | 11/2/20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION        CASE NO. 6:18-CV-01229

VERSUS                                                          JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL        MAGISTRATE JUDGE WHITEHURST

CONTINUATION OF EXHIBIT LIST
Bench Trial 11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 96 | Niden Report Exhibit 5 | 11/2/20 | 11/2/20 | 11/2/20 |
| 97 | Niden Report Exhibit 6a | 11/2/20 | 11/2/20 | 11/2/20 |
| 98 | Niden Report Exhibit 6b | 11/2/20 | 11/2/20 | 11/2/20 |
| 99 | Niden Report Exhibit 6c | 11/2/20 | 11/2/20 | 11/2/20 |
| 100 | Niden Report Exhibit 7a | 11/2/20 | 11/2/20 | 11/2/20 |
| 101 | Niden Report Exhibit 7b | 11/2/20 | 11/2/20 | 11/2/20 |
| 102 | Niden Report Exhibit 8 | 11/2/20 | 11/2/20 | 11/2/20 |
| 103 | Niden Report Exhibit 9 | 11/2/20 | 11/2/20 | 11/2/20 |
| 104 | Niden Report Exhibit 10 | 11/2/20 | 11/2/20 | 11/2/20 |
| 105 | Niden Report Exhibit 11 | 11/2/20 | 11/2/20 | 11/2/20 |
| 117 | Addendum to Niden Expert Report dated July 7, 2020 | 11/2/20 | 11/2/20 | 11/2/20 |
| 118 | Niden Dataset Appendix B.xlsx | 11/2/20 | 11/2/20 | 11/2/20 |
| 119 | SEC-DEF-EPROD_20191113.dat | 11/2/20 | 11/2/20 | 11/2/20 |
| 120 | Niden Addendum Exhibit 1a, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 121 | Niden Addendum Exhibit 1b, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 122 | Niden Addendum Exhibit 2, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 123 | Niden Addendum Exhibit 3, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 124 | Niden Addendum Exhibit 4a, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 125 | Niden Addendum Exhibit 4b, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 126 | Niden Addendum Exhibit 5, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 127 | Niden Addendum Exhibit 6a, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 128 | Niden Addendum Exhibit 6b Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 129 | Niden Addendum Exhibit 6c, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 130 | Niden Addendum Exhibit 8, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 131 | Niden Addendum Exhibit 9, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 132 | Niden Addendum Exhibit 10, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 133 | Niden Addendum Exhibit 11, Revised | 11/2/20 | 11/2/20 | 11/2/20 |
| 134 | Niden Addendum Exhibit 12 | 11/2/20 | 11/2/20 | 11/2/20 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SECURITIES & EXCHANGE COMMISSION     CASE NO. 6:18-CV-01229

VERSUS                               JUDGE JUNEAU

WORLD TREE FINANCIAL L L C ET AL     MAGISTRATE JUDGE WHITEHURST

CONTINUATION OF EXHIBIT LIST
Bench Trial 11/2/20

**PARTY:** PLAINTIFF

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | IDENTIFIED | OFFERED | FILED |
|---|---|---|---|---|
| 135 | Niden Addendum Exhibit 13 | 11/2/20 | 11/2/20 | 11/2/20 |
| 136 | Niden Addendum Exhibit 14 | 11/2/20 | 11/2/20 | 11/2/20 |
| 137 | Theriot CV | 11/2/20 | 11/2/20 | 11/2/20 |
| 138 | Complaint | 11/2/20 | 11/2/20 | 11/2/20 |
| 139 | Answer | 11/2/20 | 11/2/20 | 11/2/20 |
| 140 | Table of 50 Biggest Winning Trades by Dollar Profit at Time of Allocation | 11/2/20 | 11/2/20 | 11/2/20 |
| 141 | Table of 50 Biggest Losing Trades by Dollar Loss at Time of Allocation | 11/2/20 | 11/2/20 | 11/2/20 |
| 142 | Table of Same-Day Trades | 11/2/20 | 11/2/20 | 11/2/20 |
| 143 | Table of Allocation and Returns for Largest 25 Trades by Amount Invested | 11/2/20 | 11/2/20 | 11/2/20 |
| 144 | Market Performance Data for S&P 500 and Dow Jones Industrial Average | 11/2/20 | 11/2/20 | 11/2/20 |
| 151 | Demonstrative Exhibits prepared by Niden | 11/2/20 | 11/2/20 | 11/2/20 |
| 168 | Swab Account Delcambre Cellular LLC, Account # 3176-8609, April 1-30, 2014 | 11/2/20 | 11/2/20 | 11/2/20 |
| 169 | Swab Account Matthew J. LeBlanc, Account #7330-2510, April 1-30, 2014 | 11/2/20 | 11/2/20 | 11/2/20 |
| 118A | Alternate P 118 -Niden Appendix B | 11/2/20 | 11/2/20 | 11/2/20 |
| 171 | Summary of SNTS Trades | 11/5/20 | 11/5/20 | 11/5/20 |
| 172 | Revised Exhibit D12 | 11/5/20 | 11/5/20 | 11/2/20 |