UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SECURITIES & EXCHANGE COMMISSION** | **CIVIL ACTION NO. 6:18-CV-01229** |
| **VERSUS** | **JUDGE JUNEAU** |
| **WORLD TREE FINANCIAL, LLC, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## FINAL JUDGMENT

The Court, sitting without a jury, tried this matter on November 2–5, 2020. Pursuant to the Court's previously entered Findings of Fact and Conclusions of Law and for the reasons contained therein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant World Tree Financial, LLC be and hereby is held liable for violating 15 U.S.C. § 78j(b) and associated rules 17 C.F.R. §§ 240.10b-5(a), (b), and (c); 15 U.S.C. § 77q(a)(1) and (2); and 15 U.S.C. §§ 80b-6(1) and (2).

**IT IS FURTHER ORDERED** that Defendant Wesley Perkins be and hereby is held liable for violating 15 U.S.C. § 78j(b) and associated rules 17 C.F.R. §§ 240.10b-5(a), (b), and (c); 15 U.S.C. § 77q(a)(1) and (2); and 15 U.S.C. §§ 80b-6(1) and (2).

**IT IS FURTHER ORDERED** that Defendant Priscilla Perkins be and hereby is held liable for violating 15 U.S.C. § 78j(b) and associated rule 17 C.F.R. §

240.10b-5(b), as well as 15 U.S.C. § 77q(a)(2). She is not liable for aiding and abetting violations of 15 U.S.C. §§ 80b-6(1) and (2), and the SEC's claim to the contrary is **DENIED and DISMISSED WITH PREJUDICE**.

In light of these violations,

**IT IS ORDERED** that Defendant World Tree Financial, LLC and Defendant Wesley Perkins, along with their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, be and hereby are **PERMANENTLY ENJOINED** from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a) and (c) thereunder; Section 17(a)(1) of the Securities Act of 1933; or Sections 206 (1) and (2) of the Investment Advisers Act of 1940, by engaging in a cherry-picking scheme or otherwise failing to allocate block trades in a fair and equitable manner.

**IT IS FURTHER ORDERED** that Defendant World Tree Financial, LLC and Defendant Wesley Perkins, along with their agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, be and hereby are **PERMANENTLY ENJOINED** from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(b) thereunder; Section 17(a)(2) of the Securities Act of 1933; or Sections 206(1) and (2) of the Investment

Advisers Act of 1940, by making false and misleading statements to their clients about their block trade allocation practices.

**IT IS FURTHER ORDERED** that Defendant World Tree Financial, LLC and Defendant Wesley Perkins **DISGORGE**, jointly and severally, $347,947 plus $36,335.98 prejudgment interest. Defendants shall satisfy this obligation by transmitting a total payment of $384,282.98 to the Securities and Exchange Commission within 30 days of entry of this Final Judgment.

**IT IS FURTHER ORDERED** that Defendant World Tree Financial, LLC pay a civil penalty of $300,000. The Defendant shall satisfy this obligation by transmitting payment to the Securities and Exchange Commission within 30 days of entry of this Final Judgment.

**IT IS FURTHER ORDERED** that Defendant Wesley Perkins pay a civil penalty of $160,000. The Defendant shall satisfy this obligation by transmitting payment to the Securities and Exchange Commission within 30 days of entry of this Final Judgment.

**IT IS FURTHER ORDERED** that Defendant Priscilla Perkins pay a civil penalty of $80,000. The Defendant shall satisfy this obligation by transmitting payment to the Securities and Exchange Commission within 30 days of entry of this Final Judgment.

**IT IS FURTHER ORDERED** that all requested relief not expressly granted herein is hereby **DENIED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 15th day of January, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE